

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-88,926-01

### EX PARTE KERRANCE RAMONE BROWN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W-25821-C-1 IN THE 251ST DISTRICT COURT
### FROM RANDALL COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession with the intent to deliver a controlled substance and unlawful possession of a firearm by a felon. He was sentenced to thirty years' imprisonment on each count. He did not appeal his convictions.

Applicant contends that trial counsel rendered ineffective assistance. Applicant has alleged facts that, if true, might entitle him to relief. *Strickland v. Washington*, 466 U.S. 668 (1984); *Ex parte Patterson*, 993 S.W.2d 114, 115 (Tex. Crim. App. 1999). Trial counsel filed a sworn affidavit in response to Applicant's claims, but the trial court made no findings of fact and conclusions of law.

The trial court shall determine whether the statements in counsel's affidavit are credible, counsel's conduct was deficient, and Applicant was prejudiced. The trial court shall also make any other findings of fact and conclusions of law that it deems relevant and appropriate to the disposition of Applicant's claims for habeas corpus relief.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 30 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 45 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: November 21, 2018
Do not publish